EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Nelson Ramos Hernández | 2012 TSPR 49<br><br>184 DPR ____ |

Número del Caso: TS-10,782

Fecha: 19 de marzo de 2012

Abogada de la Parte Peticionaria:

      Lcdo. José M. Ayala Cadiz

Materia: Reinstalación al ejercicio de la abogacía y la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nelson Ramos Hernández                    TS-10,782

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de marzo de 2012.

Habiendo transcurrido el término de suspensión de tres (3) meses del ejercicio de la profesión del Sr. Nelson Ramos Hernández, decretado mediante Opinión Per Curiam y Sentencia de fecha 7 de diciembre de 2011, se accede a la Moción en Solicitud de Reinstalación de éste al ejercicio de la abogacía y la notaría, a partir de la notificación de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo